MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
IBAD H. JAFRI
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Emails: carly.vosacek@usdoj.gov
       ibad.jafri2@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALVIN JOCK SUSEBERRY,<br><br>Defendant. | No.  3:26-mj-00489-KFR<br><br>COUNT 1<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>  Vio. 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)<br><br>COUNT 2<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>  Vio. 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br><br>CRIMINAL FORFEITURE ALLEGATION<br>  21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

INFORMATION

The United States Attorney charges that:

## COUNT 1

On or about April 30, 2025, within the District of Alaska, the defendant, ALVIN JOCK SUSEBERRY, did knowingly and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving five grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 2

On or about August 29, 2025, within the District of Alaska, the defendant, ALVIN JOCK SUSEBERRY, did knowingly and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving fifty grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 are hereby re-alleged and incorporated by reference for the for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Counts 1 & 2 of this Indictment, the defendant, ALVIN SUSEBERRY, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to

Case 3:26-mj-00489-KFR    Document 1    Filed 07/13/26    Page 2 of 3

facilitate the commission of, the offense, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

- Approximately $6,920 in cash

- One 2024 Ski-Doo Lynx snowmobile

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

Respectfully submitted on July 13, 2026, at Fairbanks, Alaska.

MICHAEL J. HEYMAN
United States Attorney


/s CARLY VOSACEK
CARLY VOSACEK
Assistant U.S. Attorney
United States of America